1
2
3
4
5
6
7       **UNITED STATES DISTRICT COURT**
8       **CENTRAL DISTRICT OF CALIFORNIA**
9       **WESTERN DIVISION**
10
11   ARGUSTA DAILEY,                          )   No. CV 07-163-AHS (PLA)
                                              )
12                                            )   **ORDER ADOPTING MAGISTRATE**
                        Petitioner,           )   **JUDGE'S REPORT AND**
13                                            )   **RECOMMENDATION**
                        v.                    )
14                                            )
                                              )
15   SUSAN HUBBARD, Director of               )
     Corrections, et al.,                     )
16                                            )
                        Respondents.          )
17   _____ )

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the

19   magistrate judge's report and recommendation filed herein and petitioner's objections.  The Court

20   agrees with the recommendations of the magistrate judge.

21          ACCORDINGLY, IT IS ORDERED:

22          1.      The report and recommendation is adopted.

23          2.      Judgment shall be entered consistent with this order.

24          3.      The clerk shall serve this order and the judgment on all counsel or parties of record.

25
     DATED:  April 27, 2010                    ALICEMARIE H. STOTLER
26                                             _____
                                               HONORABLE ALICEMARIE H. STOTLER
27                                             SENIOR UNITED STATES DISTRICTJUDGE

28