**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ARGUSTA DAILEY, | No. CV 07-163-AHS (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| SUSAN HUBBARD, Director of Corrections, et al., | |
| Respondents. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: April 27, 2010

ALICEMARIE H. STOTLER
HONORABLE ALICEMARIE H. STOTLER
SENIOR UNITED STATES DISTRICT JUDGE